**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV11-00295 JAK (PJWx) | Date | September 23, 2011 |
|---|---|---|---|
| Title | Cassandra Reed v. Molina Healthcare, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

The parties participated in a settlement conference with Magistrate Judge Patrick J. Walsh and were able to reach a settlement (Dkt. 36). The Court sets an Order to Show Cause re Dismissal for October 31, 2011 at 10:30 a.m. If the parties file a dismissal by October 27, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Post Mediation Status Conference and Court Trial are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak